IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00158-MOC-WCM

| | |
|---|---|
| AMERICAN SAFETY UTILITY CORPORATION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) ) |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

ORDER

This matter is before the Court on a "Notice of Withdrawal," which the undersigned has construed as a Motion to Withdraw Fabienne Dominique Limage as counsel of record for Plaintiff (the "Motion," Doc. 9).

During an initial pretrial conference on September 14, 2022, defense counsel advised that Defendant consents to the Motion and Christina Hunoval confirmed that she will remain as counsel of record for Plaintiff.

**IT IS THEREFORE ORDERED** that the Motion (Doc. 9) is **GRANTED**, and Fabienne Dominique Limage is **WITHDRAWN** as counsel of record for Plaintiff.

Signed: September 15, 2022

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge

1